UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:21-cv-00352-ODW-(AGRx) | Date | April 9, 2021 |
|---|---|---|---|
| Title | *Terry Fabricant v. Broadway Advance, LLC* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

   Pursuant to the Notice of Voluntary Dismissal (ECF No. 11) and Federal Rule of Civil Procedure 41(a):

**IT IS HEREBY ORDERED** that:

1.   The entire action and all claims asserted therein are hereby **DISMISSED;** and

2.   All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                         :  00

                              Initials of Preparer   SE